| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Intellicare Network, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | 18-40856 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $ 192,894.83

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $ 192,894.83

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 240.65

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 850,029.88

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b $ 850,270.53